**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.   **CV 14-8843-JFW (MANx)**                                      Date:  January 13, 2015

Title:         Maria Santos -v- Williams Sonoma, Inc.

---

**PRESENT:**

      HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**                **ATTORNEYS PRESENT FOR DEFENDANTS:**
            None                                                                                    None

**PROCEEDINGS (IN CHAMBERS):**       ORDER OF DISMISSAL

     In the Notice of Settlement filed on January 5, 2015, Dkt. No. 15, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before February 12, 2015.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until February 12, 2015.  Thereafter, absent further order of the Court, the dismissal of the action will be with prejudice.  The Clerk is ordered to dismiss this action with prejudice.  All dates in this action, including the trial date are vacated.

     IT IS SO ORDERED.

Initials of Deputy Clerk   sr

(Rev. 1/7/15)